IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARVEY CURTIS BAKER, | ) | 1:12cv0126 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | REQUEST TO RESET |
| | ) | MOTION TO DISMISS |
| vs. | ) | (Document 16) |
| | ) | |
| YATES, et al., | ) | Date: June 15, 2012 |
| | ) | Time: 9:00 a.m. |
| | ) | Courtroom 9 |
| Defendants. | ) | |

Plaintiff Harvey Curtis Baker ("Plaintiff"), proceeding through counsel, filed this civil rights action in Fresno County Superior Court. The action was removed to this Court on January 27, 2012.

On March 19, 2012, Defendant filed a motion to dismiss the action. The motion is set to be heard on April 20, 2012.

On March 28, 2012, Plaintiff's counsel, Peter Rodriguez, filed a motion to withdraw as counsel of record. The motion is set for April 27, 2012.

On April 6, 2012, Plaintiff filed a request to reset the hearing on the motion to dismiss for a date after the Court rules on the motion to withdraw.

1

1  GOOD CAUSE APPEARING, Plaintiff's request is GRANTED.  Defendant's motion to
2  dismiss is reset for June 15, 2012, at 9:00 a.m., in Courtroom 9.
3  IT IS SO ORDERED.
4  **Dated:   April 10, 2012**             **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2