IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY CURTIS BAKER,**<br><br>                             Plaintiff,<br><br>     v.<br><br>**YATES, et al.,**<br><br>                             Defendants. | Case No. 1:12-cv-00126-LJO-DLB<br><br>ORDER RE: DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S UNTIMELY OPPOSITION TO MOTION TO DISMISS AND FOR ORDER VACATING HEARING DATE<br><br>(Doc. 22). |

   Defendant Yates has applied for an extension of time to reply to Plaintiff's untimely opposition to Defendant's motion to dismiss and to vacate the hearing on said motion. Good cause appearing,

   IT IS ORDERED that the time in which Defendant may reply to Plaintiff's opposition to motion to dismiss is extended to June 25, 2012. The hearing on Defendant's motion to dismiss is vacated. Local Rule 230(l). The Court will deem the matter submitted on the record without oral argument after Defendant files his reply.

IT IS SO ORDERED.

   Dated:   **June 6, 2012**                              /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE

1