IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY CURTIS BAKER,**<br><br>                                    Plaintiff,<br><br>           v.<br><br>**YATES, et al.,**<br><br>                                    Defendants. | Case No. 1:12-cv-00126-LJO-DLB<br><br>**ORDER** |

    Defendant Yates requested an order vacating the June 25, 2012 Scheduling Conference under Local Rule 240(c)(8).  For good cause shown, the Scheduling Conference set for June 25, 2012 is vacated.

Dated:  19 June 2012                                        /s/ Dennis L. Beck
                                                                         The Honorable Dennis L. Beck

1

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  **Baker v. Yates, et al.**
No.:        **1:12-cv-00126-LJO-DLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **June 18, 2012**, I served the attached:

- **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Harvey Curtis Baker, G-62938
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA  93210
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 18, 2012**, at Sacramento, California.

|  |  |
|---|---|
| D. Jones | */s/ D. Jones* |
| Declarant | Signature |

SA2012104519
31474938.doc