# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>       Plaintiff,<br><br>  vs.<br><br>JAMES A. YATES,<br><br>       Defendant | Case No.: 1:12cv0126 LJO DLB<br><br>ORDER DENYING MOTION FOR THIRD PARTY TO BE PLACED ON SERVICE LIST OF THE COURT<br>(Doc. 28) |

    Plaintiff Harvey Curtis Baker ("Plaintiff"), a state prisoner appearing pro se and proceeding in forma pauperis, filed the instant motion for a third party to be placed on the service list of the court on August 10, 2012.  Plaintiff requests that his biological mother, Lettie Baker, be served with all relevant pleadings in this action.  Plaintiff has not demonstrated good cause for the Court or Defendant James A. Yates to incur added copying and postage costs to serve Plaintiff's mother.  Therefore, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

    Dated:   **August 21, 2012**                        /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE