# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES A. YATES,<br><br>          Defendant. | Case No.  1:12-cv-00126-LJO-SAB<br><br>ORDER RE PLAINTIFF'S FILING<br><br>(ECF NO. 34) |

On November 21, 2012, Plaintiff Harvey Curtis Baker ("Plaintiff") filed a correspondence with this Court.  (ECF No. 34.)  It is unclear what Plaintiff's filing requests, if anything, or if it was even intended for the Court.  The filing does not have a caption, and is addressed to "Program Administrator."  Plaintiff asks the "Program Administrator" for information regarding the Voluntary Dispute Resolution program.

Plaintiff is advised that the Voluntary Dispute Resolution Program is a program available in cases where **all** parties agree to submit their case for alternative dispute resolution, such as mediation, negotiation or other forms of settlement facilitation.  The Court will not submit this case to the Voluntary Dispute Resolution Program unless **all** parties inform the Court that they wish to participate.  If the parties wish to refer this action to the Voluntary Dispute Resolution Program, they must submit a stipulation signed by **all** parties.

/ / /

1

1   Accordingly, to the extent that Plaintiff's filing can be construed as a request or a motion,
2   it is HEREBY ORDERED that Plaintiff's request/motion is DENIED.

IT IS SO ORDERED.

Dated: **February 11, 2013**

UNITED STATES MAGISTRATE JUDGE