# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES,<br><br>　　　　　Defendant. | Case No.  1:12-cv-00126-LJO-SAB<br><br>ORDER PERMITTING LIMITED DISCOVERY FOR PURPOSES OF IDENTIFYING DEFENDANT UNIDENTIFIED CORRECTIONAL OFFICER JANE DOE #1 |

　　　　Plaintiff Harvey Curtis Baker ("Plaintiff") is proceeding pro se in this civil rights action. On April 9, 2013, the Court screened Plaintiff's complaint and found that it stated a cognizable claim under 42 U.S.C. § 1983 against Defendant Unidentified Correctional Officer Jane Doe #1 ("Jane Doe #1") for the violation of Plaintiff's Eighth Amendment rights.  (ECF 54.)  However, the Court found that Plaintiff's complaint failed to state any other cognizable claims.  On May 31, 2013, Plaintiff informed the Court that he wishes to proceed in this action solely on his Eighth Amendment claim against Jane Doe #1.  (ECF No. 59.)

　　　　It is Plaintiff's responsibility to ascertain the identity of Jane Doe #1 and file an amended complaint substituting Jane Doe #1's name with her true name.  The complaint in this action cannot be served and this action cannot proceed until Plaintiff identifies Jane Doe #1 and amends the complaint.  Accordingly, the Court will permit Plaintiff to conduct limited discovery. Plaintiff may only propound discovery for the purpose of identifying Jane Doe #1.  Plaintiff may

not conduct any other discovery at this time.

Plaintiff is forewarned that the Court will dismiss this action for failure to prosecute if Plaintiff does not take reasonable and diligent steps to ascertain Jane Doe #1's true identity. On or before September 2, 2013, if Plaintiff has not yet amended the complaint, Plaintiff shall file a status report informing the Court of the efforts he made to identify Jane Doe #1.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted leave to conduct limited discovery solely for the purpose of identifying Defendant Unidentified Correctional Officer Jane Doe #1; and

2. On or before September 2, 2013, Plaintiff shall file a status report informing the Court of the efforts he made to identify Jane Doe #1, if Plaintiff has not yet ascertained her true identity and amended the complaint accordingly.

IT IS SO ORDERED.

Dated:  **June 4, 2013**

UNITED STATES MAGISTRATE JUDGE