# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00126-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 65 |

On November 1, 2013, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Plaintiff Harvey Curtis Baker's ("Plaintiff") motion for injunctive relief and/or appointment of counsel be denied. (ECF No. 65.) The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, it is HEREBY RECOMMENDED that:

1. The November 1, 2013 Findings and Recommendations are ADOPTED IN FULL; and

2. Plaintiff's motion for injunctive relief and/or appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **December 9, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2