# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER, | Case No. 1:12-cv-00126-LJO-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION TO COMPEL BY NOVEMBER 13, 2015 |
| v. | |
| JAMES A. YATES, | (ECF No. 95) |
| Defendant. | |

Plaintiff filed this action on January 27, 2012. On August 31, 2015, Defendant filed a motion for summary judgment.

On October 22, 2015, this Court granted Plaintiff's motion for an extension of time to respond to Defendant's motion for summary judgment. Plaintiff was ordered to file an opposition to the motion for summary judgment and motion to compel by November 20, 2015. On October 23, 2015, Plaintiff filed a motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion to compel on or before November 13, 2015;

2. Plaintiff's reply to Defendant's opposition, if any, shall be filed on or before November 23, 2015; and

3. Pursuant to the October 22, 2015 order, Plaintiff shall file his opposition to

1

Defendant's motion for summary judgment on or before November 20, 2015. If Plaintiff fails to file an opposition by the deadline established in the October 22, 2015 order, Defendant's motion shall be deemed unopposed.

IT IS SO ORDERED.

Dated:   **November 2, 2015**

_____
UNITED STATES MAGISTRATE JUDGE