# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. MOORE,<br><br>　　　　Defendant. | Case No. 1:12-cv-00126-SAB (PC)<br><br>ORDER SETTING SCHEDULING HEARING ON NOVEMBER 2, 2016 AT 10:00 A.M. |

Plaintiff Harvey Curtis Baker is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 115, 116.) On October 17, 2016, the Court assigned this action to the undersigned for all further proceedings in this case, including the trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c).

On September 16, 2016, the Court denied Defendant S. Moore's motion for summary judgment. (ECF No. 112.) This action is now proceeding against Defendant S. Moore for failure to protect in violation of the Eighth Amendment. The case is ready to be scheduled for a jury trial before the undersigned. In the interest of accommodating the parties' schedules, the Court will hold a hearing for scheduling purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling hearing will be held on Wednesday, **November 2, 2016, at 10:00 a.m.**, in Courtroom 9 before the undersigned; and

2. The parties may appear telephonically at the November 2, 2016 hearing by contacting Courtroom Deputy Mamie Hernandez at 559-499-5672 prior to the hearing to obtain the teleconference number and passcode.

IT IS SO ORDERED.

Dated:   **October 18, 2016**

UNITED STATES MAGISTRATE JUDGE