1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>            Plaintiff,<br><br>      v.<br><br>S. MOORE,<br><br>            Defendant. | Case No.: 1:12-cv-00126-SAB (PC)<br><br>ORDER RE-CAPTIONING CASE |

Plaintiff Harvey Curtis Baker is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently, this case proceeds against only Defendant S. Moore.  Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated:   **January 12, 2017**

UNITED STATES MAGISTRATE JUDGE