# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. MOORE,<br><br>    Defendant. | Case No. 1:12-cv-00126-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE EXHIBIT A FOR HER MOTIONS <u>IN LIMINE</u> NO LATER THAN FEBRUARY 8, 2017<br><br>(ECF No. 130) |

    On February 2, 2017, Defendant filed motions <u>in limine</u>. (ECF No. 130.) Defendant stated in the motions <u>in limine</u> that a copy of the photograph allegedly taken by El Dorado County Sheriff staff upon Plaintiff's admission to the El Dorado County Jail was attached as Exhibit A. However, no exhibits were attached to the motions <u>in limine</u> that were filed.

    Accordingly, Defendant is HEREBY ORDERED to file Exhibit A for her motions <u>in limine</u> no later than February 8, 2017.

IT IS SO ORDERED.

Dated:  **February 6, 2017**

                            UNITED STATES MAGISTRATE JUDGE