# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>            Plaintiff,<br><br>       v.<br><br>S. MOORE,<br><br>            Defendant. | Case No.  1:12-cv-00126-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SEAL DEFENDANT'S EXHIBIT A TO HER MOTIONS IN LIMINE<br><br>(ECF No. 132) |

On February 2, 2017, Defendant filed motions in limine.  (ECF No. 130.)  Defendant stated in the motions in limine that a copy of the photograph allegedly taken by El Dorado County Sheriff staff upon Plaintiff's admission to the El Dorado County Jail was attached as Exhibit A.  On February 6, 2017, the Court ordered Defendant to file Exhibit A to her motions in limine.  (ECF No. 131.)  On February 6, 2017, Defendant filed Exhibit A to her motions in limine.  (ECF No. 132.)  Upon review of Exhibit A, the Court finds that the document should be filed under seal.

Accordingly, the Clerk of the Court IS HEREBY DIRECTED to seal Defendant's Exhibit A to her motions in limine, ECF No. 132.

IT IS SO ORDERED.

Dated:   **February 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1