# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY CURTIS BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. MOORE, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00126-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 134) |

　　On February 14, 2014, Plaintiff filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　Accordingly, IT IS HEREBY ORDERED that:

1.　　All pending dates and matters in this action are vacated; and
2.　　The Clerk of the Court is directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:　**February 14, 2017**　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1